United States Bankruptcy Court
District of Colorado

The Newell Mowing Co.,
    Plaintiff

Kabbage, Inc.,
    Defendant

Adv. Proc. No. 21-01164-EEB

# CERTIFICATE OF NOTICE

District/off: 1082-1      User: admin      Page 1 of 1
Date Rcvd: Feb 14, 2022      Form ID: pdf904      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | | C T CORPORATION SYSTEM, c/o American Express Kabbage, Inc., 7700 East Arapahoe Road, Suite 220, Centernnial, CO 80112-1268 |
| | + | CORPORATION SERVICE COMPANY, c/o Kabbage, Inc., 1900 West Littleton Boulevard, Littleton, CO 80120-2023 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| dft | Email/Text: bankruptcy@kservicing.com | Feb 15 2022 00:43:00 | Kabbage, Inc., 730 Peachtree Street NE, Suite 1100, Atlanta, GA 30308 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 16, 2022      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joshua Sheade | on behalf of Plaintiff The Newell Mowing Co. joshua@berkencloyes.com calley@ecf.courtdrive.com |

TOTAL: 1

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>THE NEWELL MOWING CO.<br><br>Debtor. | Case No. 20-17988 EEB<br><br>Chapter 11<br>(Subchapter V) |
| THE NEWELL MOWING CO.,<br><br>Plaintiff,<br><br>v.<br><br>KABBAGE, INC.,<br><br>Defendant. | Adversary No. 21-01164 EEB |

## ORDER GRANTING MOTION FOR CLERK'S ENTRY OF DEFAULT

**THIS MATTER** having come before the Court on the Plaintiff's Motion for Default Judgment ("Motion") against Kabbage, Inc. ("Defendant"), as filed by The Newell Mowing Co. ("Plaintiff") on February 11, 2022. The Court having reviewed the Motion, and being otherwise sufficiently advised in the premises, does hereby

**ORDER** that the Motion is **GRANTED.** Therefore, Court does hereby

**FURTHER ORDER** that judgment shall enter against Kabbage, Inc., whereby authorizing the Plaintiff to avoid the UCC-1 Financing Statement filed by Kabbage with the Colorado Secretary of State on September 23, 2019; avoid the creation of any security interest in favor of Kabbage against any property of Newell and/or the bankruptcy estate, pursuant to 11 U.S.C. § 544(a); preserve any lien and/or security interest created by the eight (8) certain and specific Kabbage Business Loan Agreement(s) executed by the Plaintiff in favor of the Defendant from September 14, 2017 through April 5, 2019 for the benefit of the bankruptcy estate, pursuant to 11 U.S.C. § 551; and treat the Defendant as the holder of an allowed unsecured claim in accordance with the *Second Amended Plan of Reorganization for Small Business Under Subchapter V of Chapter 11 Dated July 6, 2021*.

**Dated:** February 14, 2022

BY THE COURT:

Elizabeth E. Brown,
**United States Bankruptcy Judge**